IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD O. WASHINGTON,

    Plaintiff,

vs.                                            No. 05-2631 Ma/V

CITY OF MEMPHIS, TENNESSEE;
DIVISION OF GENERAL SERVICES
OF THE CITY OF MEMPHIS, TENNESSEE;
AND TOM SUTHERLEN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS MANAGER – GROUNDS
MAINTENANCE – GENERAL SERVICES DIVISION OF
THE CITY OF MEMPHIS, TENNESSEE,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD

It appears to the Court, for good cause shown, that the Defendants' Motion for an Extension of Time Within Which to Answer or Otherwise Plead is well taken and, therefore, is **GRANTED**, and Defendants shall have until October 27, 2005 to file their answers or otherwise plead.

_____
JUDGE

Date: September 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02631 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT