FILED BY _____ D.C.

05 DEC 14 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD O. WASHINGTON,

    Plaintiff,

vs.                      No. 05-2631 Ma/V

CITY OF MEMPHIS, TENNESSEE;
DIVISION OF GENERAL SERVICES
OF THE CITY OF MEMPHIS, TENNESSEE;
AND TOM SUTHERLEN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS MANAGER – GROUNDS
MAINTENANCE – GENERAL SERVICES DIVISION OF
THE CITY OF MEMPHIS, TENNESSEE,

    Defendants.

---

## JOIHT ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held ~~December 19, 2005.~~ Present were Robert Cox of the Glassman, Edwards, Wade & Wyatt, P.C. law firm, counsel for plaintiff, and Robert D. Meyers of the Kiesewetter Wise Kaplan Prather, PLC law firm, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): January 2, 2006

JOINING PARTIES: February 17, 2006

AMENDING PLEADINGS: February 17, 2006

INITIAL MOTIONS TO DISMISS: March 17, 2006

COMPLETING ALL DISCOVERY: August 18, 2006

    (a)    DOCUMENT PRODUCTION: August 18, 2006

(b)     DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:
August 18, 2006

(c)     EXPERT WITNESS DISCLOSURE (Rule 26):

(1)     DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: June 19, 2006

(2)     DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: July 19, 2006

(3)     EXPERT WITNESS DEPOSITIONS: August 18, 2006

FILING DISPOSITIVE MOTIONS: September 18, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 days. The parties request that the trial be set after January 1, 2007. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.


IT IS SO ORDERED.



_Diane K. Vescovo_
DIANE K. VESCOVO
United States Magistrate Judge

Date: _December 13, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02631 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT